Neketa Paschenik, Appellant, v. The Great Atlantic & Pacific Tea Company, Respondent, and Another, Defendant.— Action to recover damages for personal injuries alleged to have been sustained by reason of breach of warranty in the sale of food. Judgment in favor of corporate defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

President and Directors of The Manhattan Company, as Executor and Trustee under the Last Will and Testament of William P. Collins, Deceased, Appellant, v. Joseph H. Parker, Respondent.— In an action for rent under a renewed lease, order denying plaintiff's motion for summary judgment reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The judgment in the prior action between the same parties (*President and Directors of Manhattan Co.* v. *Parker*, 250 App. Div. 784) is *res judicata* and, therefore, defendant is estopped from attacking the validity of the renewal of the lease on the ground of fraud. (*Schuylkill Fuel Corp.* v. *Nieberg Realty Corp.*, 250 N. Y. 304.) Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

The People of the State of New York, Respondent, v. John Battista, True Name John Joseph Battista, Appellant.— Judgment of the County Court of Queens county, convicting the defendant of the crime of assault in the second degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

The People of the State of New York, Respondent, v. Salvatore Imperiale, True Name Salvatore Patrick Imperiale, Appellant.— Judgment of the County Court of Queens county, convicting the defendant of the crime of assault in the second degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

Marjorie H. Wheeler, Respondent, v. George Forrest Wheeler, Appellant. Irving Trust Company and Arthur Butler Graham, as Trustees, etc., Respondents.— Appeal from an order denying defendant's [appellant's] motion to resettle an order of sequestration dated March 21, 1938, dismissed, with fifty dollars costs and disbursements. There is no merit to this appeal. The order, however, is not appealable. (*Bergin* v. *Anderson*, 216 App. Div. 844, and cases cited therein.) Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.